United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JOSE LUIS MORALES,

    Plaintiff,

v.

ROBERT HOREL; MAUREEN McLEAN; J. WOLF; SUE RISENHOOVER; JOSEPH KRAVITZ; DR.GREGORY DUNCAN; DR. J. FRATKIN; DR. DONALD POMPAN; R. PIMENTEL; and Does 1-4,

    Defendants.
                                         /

No. C 08-4441 PJH (PR)

**ORDER DENYING MOTIONS TO ALTER OR AMEND JUDGMENT AND FOR APPOINTMENT OF COUNSEL**

      This is a civil rights case filed pro se by a state prisoner. The court granted the motions for summary judgment of the only remaining defendants, Dr. Pompan, Nurse Risenhoover, and Dr. Duncan. Plaintiff has moved to alter or amend the judgment and for appointment of counsel.

      A motion to alter or amend judgment "'should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the law.'" *McDowell v. Calderon*, 197 F.3d 1253, 1255 (9th Cir. 1999) (citation omitted) (en banc). A district court does not commit clear error warranting reconsideration when the question before it is a debatable one. *Id.* at 1256.

      In his motion to alter or amend plaintiff merely reargues his position, so the only arguably applicable ground for relief would be "clear error." The facts as to all defendants are undisputed. Plaintiff's claim was that arthoscopic surgery for an injured knee was not

given sufficiently promptly.

Defendant Pompan is a board-certified orthopedic surgeon. On June 17, 2003, Dr. Pompan diagnosed a "probable lateral-meniscal tear and a possible Anterior-Cruciate-Ligament tear." He ordered an MRI, which was taken ten days later. The radiologist reported "[n]o definite meniscal tear. A focus of altered signal in the posterior horn of the lateral meniscus is thought to represent degenerative signal change with only a low probability of a tear." Because the MRI did not show a definite meniscus tear, Dr. Pompan decided on conservative treatment with knee-strengthening exercises. When plaintiff still complained of pain approximately six weeks later, Dr. Pompan requested authorization for arthoscopic surgery. Plaintiff was transferred to Pelican Bay State Prison approximately two months later; Dr. Pompan did not see him again. In ruling on Dr. Pompan's motion for summary judgment the court concluded that there was no genuine issue of material fact that Dr. Pompan was not deliberately indifferent. On these facts, the court's result was at least debatably correct, and thus there was not clear error.

Defendant Risenhoover, a nurse at Pelican Bay State Prison, saw plaintiff frequently, obtained referrals to the appropriate specialists, and took the steps necessary to gain approval for the arthroscopic surgery he wanted and needed. On these facts, the court's result was at least debatably correct, and thus there was not clear error.

Defendant Duncan was the orthopedist who operated on plaintiff's knee. He saw plaintiff on October 27, 2004, and recommended arthroscopic surgery. On November 24, 2004, while awaiting approval, he gave plaintiff a steroid injection. On December 8, 2004, the surgery having been approved, he obtained informed consent of plaintiff for the surgery; it was performed on February 15, 2005. Dr. Duncan also provided the declaration of Dr. John Toton, a board-certified orthopedic surgeon, in which Dr. Toton said that Dr. Duncan's care of plaintiff was appropriate, well within the standard of care, and not indifferent. On these facts, the court's result was at least debatably correct, and thus there was not clear error.

///

Plaintiff having failed to establish any basis for altering or amending the judgment, his motion (document number 39 on the docket) is **DENIED**. In the absence of any showing that the case should be reopened, plaintiff's motion for appointment of counsel (document 41) is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: February 28, 2011.

　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\PJH\CR.08\MORALES4441.RECON.wpd